FILED: 05/19/2016

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *N.T., et al.*, | CASE NO. SA CV 15-1013-GHK (JPRx) |
| **Plaintiffs,** | |
| v. | JUDGMENT |
| *Garden Grove Unified School District*, | |
| **Defendant.** | |

Pursuant to the Court's May 19, 2016 Order, IT IS HEREBY ADJUDGED that Plaintiffs' claims are **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

DATED: May 19, 2016

_____
GEORGE H. KING
Chief United States District Judge